PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
MO-04-CR-086 (05)

DOCKET NUMBER *(Rec. Court)*
6:13CR00061-001

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Johnny Hines Jr. | Western District of Texas | Midland/Odessa |

NAME OF SENTENCING JUDGE
The Honorable Robert Junell, U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 06/24/2013 | 06/23/2023 |

OFFENSE

Continuing Criminal Enterprise in violation of 21 U.S.C. § 848

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Western____ DISTRICT OF ____Texas____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Eastern District of Texas - Tyler Division____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-9-13
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Eastern____ DISTRICT OF ____Texas - Tyler Division____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/22/13
Effective Date

*[signature Michael Schneider]*
United States District Judge