Case 6:13-cr-00061-RWS-JDL   Document 1-1   Filed 07/29/13   Page 1 of 21 PageID #:  2

APPEAL,CASREF,CONSOLIDATED

# U.S. District Court [LIVE]
## Western District of Texas (Midland)
## CRIMINAL DOCKET FOR CASE #: 7:04-cr-00086-RAJ-5

Case title: USA v. Samson et al

Other court case numbers: 7:04-CR-00082
consol - Rister
7:04-cr-00056
WDT-Midland
:04- -51064 5th
Circuit-dft #15
:04- -51126 5th
Circuit-dft #14
:04- -51183 5th
Circuit-dft #1
:04- -51183 5th
Circuit-dft #12
:04- -51183 5th
Circuit-dft #2
:04- -51183 5th
Circuit-dft #8
:04- -51185 5th
Circuit-dft #6
:04- -51186 5th
Circuit-dft #3
:04- -51187 5th
Circuit-dft #27
:04- -51188 5th
Circuit-dft #20
:04- -51189 5th
Circuit-dft #25
:04- -51190 5th
Circuit-dft #19

Date Filed: 03/17/2004
Date Terminated: 08/31/2004

Case 6:13-cr-00061-RWS-JDL   Document 1-1   Filed 07/29/13   Page 2 of 21 PageID #:  3

Assigned to: Judge Robert A.
Junell

**Defendant (5)**

| **Johnny Hines, Jr.** | represented by | **Brian Jose Chavez** |
|---|---|---|
| *TERMINATED: 08/31/2004* | | The Chavez Law Firm |

**Brian Jose Chavez**
The Chavez Law Firm
121 East 4th
Odessa, TX 79761
(432) 332-7349
Fax: 432/332-8714
Email:
chavezlawfirm@hotmail.com

*TERMINATED: 04/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

**Luis A. Chavez**
The Chavez Law Firm
121 E. 4th Street
Odessa, TX 79761
(432)580-0303
Fax: (432)332-8714
Email: lchavez@cableone.net

*TERMINATED: 08/31/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

**Pending Counts**                              **Disposition**

| | |
|---|---|
| 21:848.F CONTINUING CRIMINAL ENTERPRISE - defendant, aided and abetted by others, did engage in continuing criminal enterprise, to wit: conspired to manufacture, possess with intent to distribute over 1,500 grams of methanphetamine in violaiton of Title 21, USC 846 and 848 (1) | Sentenced to 140 mos BOP, 10 years supervised release, and a $100.00 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE - defendant did conpsire with others to manufacture, possess with intent to distribute quantities of methanphetamine in violation of Title USC 846 and 841(a) (2) | Dismissed on motion by government. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|

None

---

**Plaintiff**

**USA**                         represented by  **G. Glenn Roque-Jackson**
                                                United States Attorney's
                                                Office
                                                400 West Illinois, Suite 1200
                                                Midland, TX 79701
                                                (432) 686-4110
                                                Fax: 432/686-4131
                                                Email: glenn.roque-
                                                Jackson@usdoj.gov
                                                *TERMINATED: 04/06/2009*
                                                *LEAD ATTORNEY*

                                                **John S. Klassen**
                                                U.S. Attorney's Office
                                                400 West Illinois
                                                Suite 1200
                                                Midland, TX 79701-2548
                                                (432)686-4110
                                                Fax: 432/686-4131
                                                Email:
                                                john.klassen2@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE*
                                                *NOTICED*

                                                **Joseph H. Gay , Jr.**
                                                Assistant U.S. Attorney
                                                601 N.W. Loop 410
                                                Suite 600
                                                San Antonio, TX 78216
                                                (210) 384-7030
                                                Fax: 210 384-7031
                                                Email:

Joseph.Gay@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Mark T. Roomberg**
Assistant U.S. Attorney
U.S. Department of Justice
601 NW Loop 410
Suite 600
San Antonio, TX 78216
(210) 384-7150
Fax: 210/384-7105
Email:
mark.roomberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2004 | | Case assigned to Judge Robert A. Junell (sm) (Entered: 03/24/2004) |
| 03/17/2004 | 1 | Motion by USA as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II to seal indictment (sm) |

| | | (Entered: 03/24/2004) |
|---|---|---|
| 03/17/2004 | 2 | Order as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II granting motion to seal indictment [1-1] as to Charles Samson (1), Michael Curtis Lewis (2), Victor Wesley Tucker (3), Christopher Daniel Barrandey (4), Johnny Hines (5), Malachi David Wren (6), Susan Marie Creel (7), Jerry Wayne Beason (8), Jeffrey Austin Jordan (9), Christopher Donald McElwee (10), Tony Brent Wilkins (11), Shane Samson (12), Lori Samson (13), Johnny Wayne Hines (14), Timothy Bishop (15), Calvin Glenn Bailey (16), Patrick Daniel Catoe (17), Andrew John Criswell (18), Leonard Duane Griffith (19), Michael Norris Martin (20), Max Edwin Mays (21), Curtis Wade Perkins (22), Kevin Lynn Renfro (23), Anthony Wade Rister (24), Buddy. Ford (25), Michael Wayne Nichols (26), Donnie Thompson (27), James Coleman Eaton (28), Jerry Don Witt (29) signed by Honorable Stephen H. Capelle (sm) (Entered: 03/24/2004) |
| 03/17/2004 | 3 | Sealed Indictment filed against Charles Samson (1) count(s) 1, 2, Michael Curtis Lewis (2) count(s) 1, 2, Victor Wesley Tucker (3) count(s) 1, 2, Christopher Daniel Barrandey (4) count(s) 1, 2, Johnny Hines (5) count(s) 1, 2, Malachi David Wren (6) count(s) 1, 2, Susan Marie Creel (7) count(s) 1, 2, Jerry Wayne Beason (8) count(s) 2, Jeffrey Austin Jordan (9) count |

|  |  |  |
|---|---|---|
|  |  | (s) 2, Christopher Donald McElwee (10) count(s) 2, Tony Brent Wilkins (11) count(s) 2, Shane Samson (12) count(s) 2, Lori Samson (13) count(s) 2, Johnny Wayne Hines (14) count(s) 2, Timothy Bishop (15) count(s) 2, Calvin Glenn Bailey (16) count(s) 2, Patrick Daniel Catoe (17) count(s) 2, Andrew John Criswell (18) count(s) 2, Leonard Duane Griffith (19) count(s) 2, Michael Norris Martin (20) count(s) 2, Max Edwin Mays (21) count(s) 2, Curtis Wade Perkins (22) count(s) 2, Kevin Lynn Renfro (23) count(s) 2, Anthony Wade Rister (24) count(s) 2, 4, Buddy. Ford (25) count(s) 2, Michael Wayne Nichols (26) count(s) 2, Donnie Thompson (27) count(s) 2, James Coleman Eaton (28) count(s) 2, Jerry Don Witt (29) count(s) 2, 3 (Pages: 17) (sm) (Entered: 03/24/2004) |
| 03/17/2004 | 4 | Order Bench warrant issued for Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II signed by Honorable Stephen H. Capelle (sm) (Entered: 03/24/2004) |
| 03/17/2004 |  | Bench warrant issued for Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, |

| | | |
|---|---|---|
| | | Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II (sm) (Entered: 03/24/2004) |
| 03/17/2004 | 5 | Standing Order of Referral to U.S. Magistrate on felony guilty/nolo plea as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II signed by Judge Robert A. Junell (sm) (Entered: 03/24/2004) |
| 03/24/2004 | 6 | Motion by USA as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II to unseal indictment (sm) (Entered: 03/24/2004) |
| 03/24/2004 | 7 | Order as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, |

| | | |
|---|---|---|
| | | Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II granting motion to unseal indictment [6-1] as to Charles Samson (1), Michael Curtis Lewis (2), Victor Wesley Tucker (3), Christopher Daniel Barrandey (4), Johnny Hines (5), Malachi David Wren (6), Susan Marie Creel (7), Jerry Wayne Beason (8), Jeffrey Austin Jordan (9), Christopher Donald McElwee (10), Tony Brent Wilkins (11), Shane Samson (12), Lori Samson (13), Johnny Wayne Hines (14), Timothy Bishop (15), Calvin Glenn Bailey (16), Patrick Daniel Catoe (17), Andrew John Criswell (18), Leonard Duane Griffith (19), Michael Norris Martin (20), Max Edwin Mays (21), Curtis Wade Perkins (22), Kevin Lynn Renfro (23), Anthony Wade Rister (24), Buddy. Ford (25), Michael Wayne Nichols (26), Donnie Thompson (27), James Coleman Eaton (28), Jerry Don Witt (29) signed by Honorable Stephen H. Capelle (sm) (Entered: 03/24/2004) |
| 03/24/2004 | | Indictment unsealed as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn |

Case 6:13-cr-00061-RWS-JDL   Document 1-1   Filed 07/29/13   Page 10 of 21 PageID #:  11

| | | Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II (sm) (Entered: 03/24/2004) |
|---|---|---|
| 03/26/2004 | 54 | Filed petition for writ of habeas corpus ad prosequendum for Johnny Hines Jr. (sm) (Entered: 03/29/2004) |
| 03/30/2004 | 60 | Order as to Johnny Hines Jr. granting [54-1] signed by Honorable Stephen H. Capelle (sm) (Entered: 03/30/2004) |
| 03/30/2004 | | Writ of Habeas Corpus Ad Prosequendum as to Johnny Hines Jr. issued. (sm) (Entered: 03/30/2004) |
| 03/31/2004 | 87 | Motion by USA as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II to consolidate cases MO-04-CR-056 and MO-04-CR-086 for trial purposes (sm) (Entered: 03/31/2004) |
| 03/31/2004 | 115 | Order as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade |

|  |  |  |
|---|---|---|
|  |  | Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II granting motion to consolidate cases MO-04-CR-056 and MO-04-CR-086 for trial purposes [87-1] signed by Judge Robert A. Junell (sm) (Entered: 03/31/2004) |
| 04/02/2004 |  | Defendant(s) Johnny Hines Jr. first appearance held ; ; Defendant informed of rights. (sm) (Entered: 04/02/2004) |
| 04/02/2004 | 127 | CJA-23 Financial Affidavit filed as to Johnny Hines Jr. (sm) (Entered: 04/02/2004) |
| 04/02/2004 | 128 | Motion by USA as to Johnny Hines Jr. to detain defendant without bond (sm) (Entered: 04/02/2004) |
| 04/02/2004 |  | Arraignment as to Johnny Hines Jr. set at 9:30 4/16/04 (sm) (Entered: 04/02/2004) |
| 04/02/2004 | <u>129</u> | Order of Temporary Detention as to Johnny Hines Jr. ; Bond set to No Bond; setting Detention hearing for 9:30 4/16/04 signed by Honorable Stephen H. Capelle (sm) (Entered: 04/02/2004) |
| 04/02/2004 | 130 | Minutes of proceedings for Defendant's First Appearance conducted on April 2, 2004 as to Johnny Hines Jr. by Judge Capelle. Court Reporter: Computer Recording (sm) (Entered: 04/02/2004) |
| 04/06/2004 | 149 | Bench warrant returned executed for Johnny Hines Jr. on 4/2/04 (sm) (Entered: 04/06/2004) |
| 04/16/2004 | 237 | Waiver of detention hearing with reservation of rights by Johnny Hines Jr. (sm) (Entered: 04/16/2004) |
| 04/16/2004 | <u>238</u> | Order as to Johnny Hines Jr. granting waiver of detention with reservation of rights [237-1], granting motion to detain defendant without bond [128-1] Bond reset to No Bond signed by Honorable Stephen H. Capelle (sm) (Entered: 04/16/2004) |
|  |  |  |

Case 6:13-cr-00061-RWS-JDL   Document 1-1   Filed 07/29/13   Page 12 of 21 PageID #:  13

| | | |
|---|---|---|
| 04/16/2004 | 239 | Minutes of proceedings for Waiver of Detention Hearing conducted on April 16, 2004 as to Johnny Hines Jr. by Judge Capelle. Court Reporter: Computer Recording (sm) (Entered: 04/16/2004) |
| 04/16/2004 | 240 | Minutes of proceedings for Reset of Arraignment conducted on April 16, 2004 as to Johnny Hines Jr. by Judge Capelle. Court Reporter: Computer Recording (sm) (Entered: 04/16/2004) |
| 04/22/2004 | <u>275</u> | Filed CJA Form #20 appointing Alvaro Martinez (sm) (Entered: 04/22/2004) |
| 04/23/2004 | <u>289</u> | Order as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II resetting Jury selection to 8:30 6/28/04 , and resetting Jury trial to 8:30 6/28/04 signed by Judge Robert A. Junell (sm) (Entered: 04/23/2004) |
| 04/23/2004 | <u>290</u> | Order as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, |

| | | |
|---|---|---|
| | | Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II granting motion for appointment of paralegal [167-1] as to Jeffrey Austin Jordan (9) signed by Judge Robert A. Junell (sm) (Entered: 04/23/2004) |
| 04/27/2004 | 317 | Order as to Johnny Hines Jr. for Brian Chavez to withdraw as attorney (Terminated attorney Brian Jose Chavez for Johnny Hines , and for appointment of counsel-Luis Chavez signed by Honorable Stephen H. Capelle (fe) (Entered: 04/27/2004) |
| 04/27/2004 | | Arraignment as to Johnny Hines Jr. held (fe) (Entered: 04/27/2004) |
| 04/27/2004 | | Plea of not guilty entered as to Johnny Hines Jr. (fe) (Entered: 04/27/2004) |
| 04/27/2004 | 318 | Standing Order as to Johnny Hines Jr. for discovery signed by Judge Robert A. Junell (fe) (Entered: 04/27/2004) |
| 04/27/2004 | | Docket call for Johnny Hines Jr. set at 3:30 5/19/04 for Johnny Hines Jr. (information from proceeding sheet) (fe) (Entered: 04/27/2004) |
| 04/27/2004 | 319 | Minutes of proceedings for Arraignment conducted on 4/27/04 as to Johnny Hines Jr. by Judge Capelle. Court Reporter: digital (fe) (Entered: 04/27/2004) |
| 04/28/2004 | 339 | Order setting Jury selection to 8:30 6/28/04 for Johnny Hines Jr. , and setting Jury trial to 8:30 6/28/04 for Johnny Hines Jr. signed by Judge Robert A. Junell (fe) (Entered: 04/29/2004) |
| 04/28/2004 | 368 | Minutes of proceedings for waived detention hearing conducted on 4/28/04 by Judge Capelle. Court Reporter: digital (fe) (Entered: 04/29/2004) |
| 04/29/2004 | 342 | Order as to Johnny Hines Jr. setting docket call to 3:30 5/19/04 for Johnny Hines Jr. , and setting plea agreement due to 6/7/04 for Johnny Hines Jr. signed by |

| | | |
|---|---|---|
| | | Judge Capelle (fe) (Entered: 04/29/2004) |
| 05/03/2004 | | Mail addressed to Johnny Hines Jr.: order [318-2], order [317-3] : returned by post office marked Return to Sender, Forwarding Time Expired (sm) (Entered: 05/03/2004) |
| 05/05/2004 | | Return mail as to Johnny Hines Jr. forward to Luis Chavez, attorney (sm) (Entered: 05/05/2004) |
| 05/14/2004 | 437 | Filed CJA Form #20 as to Johnny Hines Jr. appointing Luis Chavez (sm) (Entered: 05/14/2004) |
| 05/14/2004 | 438 | Filed CJA Form #20 as to Johnny Hines Jr. appointing Brian Chavez (sm) (Entered: 05/14/2004) |
| 05/19/2004 | | Docket call for Johnny Hines Jr. held; defendant to plea (sm) (Entered: 05/20/2004) |
| 05/20/2004 | 459 | Minutes of proceedings for Docket Call conducted on May 19, 2004 as to Charles Samson, Victor Wesley Tucker, Johnny Hines Jr., Malachi David Wren, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Shane Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Curtis Wade Perkins, Kevin Lynn Renfro, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II by Judge Capelle. Court Reporter: Computer Recording (sm) (Entered: 05/20/2004) |
| 05/20/2004 | | Rearraignment as to Johnny Hines Jr. held (sm) (Entered: 05/20/2004) |
| 05/20/2004 | 460 | Consent to administration of guilty/nolo plea and Rule 11 Allocution by a United States Magistrate Judge as to Johnny Hines Jr. (sm) (Entered: 05/20/2004) |
| 05/20/2004 | 461 | Plea agreement filed as to Johnny Hines Jr. (sm) (Entered: 05/20/2004) |
| | | |

Case 6:13-cr-00061-RWS-JDL   Document 1-1   Filed 07/29/13   Page 15 of 21 PageID #:  16

| 05/20/2004 | | Plea of guilty entered by Johnny Hines (5) count(s) 1 (sm) (Entered: 05/20/2004) |
|---|---|---|
| 05/20/2004 | | Referred to Probation for Pre-Sentence Report as to Johnny Hines Jr. (sm) (Entered: 05/20/2004) |
| 05/20/2004 | 462 | Minutes of proceedings for Rearraignment and Plea conducted on May 20, 2004 as to Johnny Hines Jr. by Judge Capelle. Court Reporter: Computer Recording (sm) (Entered: 05/20/2004) |
| 05/21/2004 | 476 | Findings of Fact and Recommendation on felony guilty/nolo plea before the United States Magistrate Judge as to Johnny Hines Jr. Recommendation that the District Court accept the guilty plea. (sm) (Entered: 05/21/2004) |
| 05/24/2004 | 517 | Order as to Johnny Hines Jr. setting sentencing to 8:15 8/12/04 in Pecos, Texas signed by Judge Robert A. Junell (sm) (Entered: 05/24/2004) |
| 05/25/2004 | 531 | Order as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II referring all pre-trial motions including dispositive motion to the U.S. Magistrate signed by Judge Robert A. Junell (sm) (Entered: 05/25/2004) |
| 05/27/2004 | 570 | Amended Order as to Johnny Hines Jr. resetting sentencing to 8:15 8/12/04 for Johnny Hines Jr. signed by Judge Robert A. Junell (sm) (Entered: 05/27/2004) |

Case 6:13-cr-00061-RWS-JDL   Document 1-1   Filed 07/29/13   Page 16 of 21 PageID #:  17

| | | |
|---|---|---|
| 06/03/2004 | 639 | Order as to Johnny Hines Jr. granting findings of fact plea Recommendation that the District Court accept the guilty plea. [476-1], granting plea [0-0] signed by Judge Robert A. Junell (sm) (Entered: 06/03/2004) |
| 06/03/2004 | | Guilty plea accepted by the court as to Johnny Hines (5) count(s) 1 (sm) (Entered: 06/03/2004) |
| 06/10/2004 | 708 | Order that application for writ filed by the governments need to be filed by June 15, 2004 as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II signed by Honorable Stephen H. Capelle (sm) (Entered: 06/10/2004) |
| 06/10/2004 | 709 | Order that governments file witness list by June 22, 2004 and defendants file witness list by June 29, 2004 as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II granting motion for reconsideration of order granting |

| | | |
|---|---|---|
| | | motion for list of witnesses [672-1] as to Charles Samson (1) signed by Honorable Stephen H. Capelle (sm) (Entered: 06/10/2004) |
| 06/14/2004 | 731 | Response by USA to defendants' motion to dismiss indictment and stay proceedings due to manner of jury selection; Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II, USA : motion to dismiss count(s) 1, 2 [665-1], motion to dismiss count(s) 2 [648-1], motion to dismiss counts Buddy. Ford (25) count(s) 2 [635-1], motion to dismiss count(s) 2 [598-1], motion to dismiss counts count(s) 2 [583-1], motion to stay proceedings [589-1] (fe) (Entered: 06/15/2004) |
| 06/14/2004 | | Motion hearing for Johnny Hines Jr. held for the following motions: [575-1], [567-1], [566-1], [509-1] (fe) (Entered: 06/15/2004) |
| 06/14/2004 | | Motion taken under advisement as to Johnny Hines Jr. : motion for discovery as to the methamphetamine as alleged in the indictment [575-1], motion for disclosure of impeaching information (also known as motion to reveal the deal) [567-1], motion for disclosure of evidence favorable to the accused [566-1], motion for discovery [509-1] (fe) (Entered: 06/15/2004) |
| 06/14/2004 | 732 | Minutes of proceedings for Motions hearing conducted on 6/14/04 as to Johnny Hines Jr. by Judge Capelle. |

Case 6:13-cr-00061-RWS-JDL   Document 1-1   Filed 07/29/13   Page 18 of 21 PageID #:  19

| | | |
|---|---|---|
| | | Court Reporter: digital (fe) Modified on 04/07/2005 (Entered: 06/15/2004) |
| 06/16/2004 | 745 | Filed petition for writ of habeas corpus ad testificandum by USA for Ben Gray, prisoner, as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II for to testify (fe) (Entered: 06/16/2004) |
| 06/16/2004 | 746 | Order for issuance of Writ of Habeas Corpus Ad Testificandum as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II signed by Honorable Stephen H. Capelle (fe) (Entered: 06/16/2004) |
| 06/16/2004 | | Writ of Habeas Corpus for prisoner Ben Gray, as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry |

| | | |
|---|---|---|
| | | Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II issued (fe) (Entered: 06/16/2004) |
| 07/12/2004 | 983 | Application for writ ad testificandum for Cindy Hines (sm) (Entered: 07/12/2004) |
| 07/22/2004 | 1036 | Writ of HC Ad Testificandum as to Charles Samson, Michael Curtis Lewis, Victor Wesley Tucker, Christopher Daniel Barrandey, Johnny Hines Jr., Malachi David Wren, Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Tony Brent Wilkins, Shane Samson, Lori Samson, Johnny Wayne Hines Sr., Timothy Bishop, Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Leonard Duane Griffith, Michael Norris Martin, Max Edwin Mays, Curtis Wade Perkins, Kevin Lynn Renfro, Anthony Wade Rister, Buddy. Ford, Michael Wayne Nichols, Donnie Thompson, James Coleman Eaton, Jerry Don Witt II returned executed for Cindy Hines. (fe) (Entered: 07/22/2004) |
| 08/02/2004 | 1058 | Order as to Johnny Hines Jr. setting sentencing to 8:45 8/25/04 signed by Judge Robert A. Junell (sm) (Entered: 08/02/2004) |
| 08/12/2004 | 1067 | Order resetting sentencing to 1:00 8/31/04 for Johnny Hines Jr. signed by Judge Robert A. Junell (fe) (Entered: 08/12/2004) |
| 08/13/2004 | 1074 | Objections by Johnny Hines Jr. as to Johnny Hines Jr. to presentence investigation report. (fe) (Entered: 08/13/2004) |

Case 6:13-cr-00061-RWS-JDL   Document 1-1   Filed 07/29/13   Page 20 of 21 PageID #:  21

| | | |
|---|---|---|
| 08/18/2004 | 1093 | Motion by USA as to Johnny Hines Jr. for downward departure (sm) (Entered: 08/18/2004) |
| 08/31/2004 | | Sentencing Johnny Hines (5) count(s) 1 held Johnny Hines (5) count(s) 1. Sentenced to 140 mos BOP, 10 years supervised release, and a $100.00 special assessment. ; Mooted Motions: (vt) (Entered: 09/01/2004) |
| 08/31/2004 | | SEALED PSI PLACED IN VAULT as to Johnny Hines Jr. (vt) (Entered: 09/01/2004) |
| 08/31/2004 | 1104 | Minutes of proceedings for Sentencing conducted on 08/31/04 as to Johnny Hines Jr. by Judge Junell. Court Reporter: Anderson (vt) (Entered: 09/01/2004) |
| 08/31/2004 | | Dismissed count on motion by the Govt. Johnny Hines (5) count(s) 2 (vt) (Entered: 09/01/2004) |
| 09/07/2004 | 1122 | Judgment and Commitment as to , Johnny Hines (5) count(s) 1 (Pages: 6) signed by Judge Robert A. Junell (sm) (Entered: 09/07/2004) |
| 09/08/2004 | | SEALED PSI PLACED IN VAULT as to Johnny Hines Jr. (lg) (Entered: 09/08/2004) |
| 10/19/2004 | | SEALED PSI and Statement of Reasons as to Johnny Hines Jr. returned to Probation Office (sm) (Entered: 10/19/2004) |
| 10/28/2004 | | Mooted motions as to Johnny Hines Jr., Susan Marie Creel, Jerry Wayne Beason, Jeffrey Austin Jordan, Christopher Donald McElwee, Johnny Wayne Hines Sr., Calvin Glenn Bailey, Patrick Daniel Catoe, Andrew John Criswell, Curtis Wade Perkins, Anthony Wade Rister, Michael Wayne Nichols motion for downward departure [1135-1] as to Patrick Daniel Catoe (17), motion to continue sentencing [1097-1] as to Christopher Donald McElwee (10), motion for downward departure [1093-1] as to Johnny Hines (5), motion for downward departure [1092-1] as to Susan |

Case 6:13-cr-00061-RWS-JDL   Document 1-1   Filed 07/29/13   Page 21 of 21 PageID #:  22

|  |  |  |
|---|---|---|
|  |  | Marie Creel (7), motion for downward departure [1091-1] as to Jeffrey Austin Jordan (9), motion for downward departure [1090-1] as to Christopher Donald McElwee (10), motion for downward departure [1088-1] as to Johnny Wayne Hines (14), motion for downward departure [1087-1] as to Calvin Glenn Bailey (16), motion for downward departure [1086-1] as to Andrew John Criswell (18), motion for downward departure [1084-1] as to Curtis Wade Perkins (22), motion for downward departure [1082-1] as to Anthony Wade Rister (24), motion for downward departure [1079-1] as to Michael Wayne Nichols (26), motion for judgment of acquittal [1003-1] as to Jerry Wayne Beason (8); defendant previously sentenced (sm) (Entered: 10/28/2004) |
| 11/17/2004 | 1236 | Judgment and commitment returned executed as to , Johnny Hines (5) count(s) 1 on 10/25/04; defendant delivered to F.C.I. Memphis, Tennessee (sm) (Entered: 11/17/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/23/2013 13:52:55 | | | |
| **PACER Login:** | us3674 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:04-cr-00086-RAJ |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |