**SEALED**

**FILED**

**MAR 17 2004**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. MO-04-CR- **M04CR086** |
| Plaintiff, | ) |
| | ) **I N D I C T M E N T** |
| v. | ) Violations: |
| | ) Count 1: 21 USC 848 (Continuing Criminal |
| CHARLES SAMSON, a/k/a Killer (1), | ) Enterprise); Count 2: 21 USC 846 (Conspiracy to |
| MICHAEL CURTIS LEWIS, | ) Distribute and Possess with Intent to Distribute |
|    a/k/a Bones (2) | ) Controlled Substances, Methamphetamine in |
| VICTOR WESLEY TUCKER, a/k/a | ) Excess of 50 Grams or 500 grams of a Mixture or |
|    Pokey (3), | ) Substance Containing Methamphetamine) |
| CHRISTOPHER DANIEL | ) |
| BARRANDEY (4), | ) |
| JOHNNY HINES, JR. (5), | ) |
| MALACHI DAVID WREN (6), | ) |
| SUSAN MARIE CREEL (7), | ) |
| JERRY WAYNE BEASON (8), | ) |
| JEFFREY AUSTIN JORDAN, | ) |
|    a/k/a Pitbull, Crazy J (9), | ) |
| CHRISTOPHER DONALD MCELWEE, | ) |
|    a/k/a Sundance (10), | ) |
| TONY BRENT WILKINS (11), | ) |
| SHANE SAMSON a/k/a Buffy (12), | ) |
| LORI SAMSON (13), | ) |
| JOHNNY WAYNE HINES, SR. (14), | ) |
| TIMOTHY BISHOP, | ) |
|    a/k/a Mississippi (15), | ) |
| CALVIN GLENN BAILEY (16), | ) |
| PATRICK DANIEL CATOE (17), | ) |
| ANDREW JOHN CRISWELL, a/k/a | ) |
|    Snyder John (18) | ) |
| LEONARD DUANE GRIFFITH, a/k/a | ) |
|    Radar (19) | ) |
| MICHAEL NORRIS MARTIN, a/k/a | ) |
|    Mikey (20), | ) |
| MAX EDWIN MAYS, a/k/a | ) |
|    Mad Max (21), | ) |
| CURTIS WADE PERKINS, | ) |
|    a/k/a Hammer (22), | ) |
| KEVIN LYNN RENFRO, | ) |
|    a/k/a Westwood (23), | ) |

3

| | |
|---|---|
| ANTHONY WADE RISTER (24), | ) |
| BUDDY FORD (25), | ) |
| MICHAEL WAYNE NICHOLS (26), | ) |
| DONNIE THOMPSON (27), | ) |
| JAMES COLEMAN EATON (28), | ) |
| JERRY DON WITT, II a/k/a J-Bird(29), | ) |
| | ) |
| Defendants. | ) |

THE GRAND JURY CHARGES:

## COUNT ONE
## [21 USC § 848]

### Introduction

1. In 1985, inmates inside the Texas prison system founded an organization known as the **ARYAN CIRCLE**. While this organization claims that its purpose is to promote, celebrate, and espouse the "true history, culture, and heritage" of the Caucasian race, in reality, the primary purpose of the **ARYAN CIRCLE** is to promote, facilitate, and further the criminal activities of its members and associates.

2. The **ARYAN CIRCLE** is an organized criminal group that operates inside the Texas prison system and outside the Texas prison system "in the free world." The **ARYAN CIRCLE** has a written constitution that establishes, among other things: a detailed leadership hierarchy, an elaborate organizational structure, and specific duties for each member and associate of the organization. The **ARYAN CIRCLE'S Permian Basin District** includes Odessa, Midland, Andrews, as well as the surrounding localities.

3. The **ARYAN CIRCLE'S Permian Basin District** has approximately 70 members, although the number fluctuates depending on members being incarcerated or in "the free world." The main activities of the **ARYAN CIRCLE'S Permian Basin District** are the manufacture of

2

methamphetamine, thefts, burglaries, and robberies. The **DEFENDANTS** attempted to keep control of methamphetamine production in the **ARYAN CIRCLE'S Permian Basin District** through the use of extortion, that is, assaults known as "Smash on Sight's" or "SOS's," and robberies of **ARYAN CIRCLE** and non-**ARYAN CIRCLE** methamphetamine cooks.

3.  The **ARYAN CIRCLE'S Permian Basin District** is organized as follows:

**District Captains (DC)** - According to the **ARYAN CIRCLE** constitution, the District Captain is in direct control of their Districts, reporting directly to their respective Majors. They are responsible for all membership within their District, including approving and disapproving all prospective members. The District Captain must be aware of all things within their District and in control over all operations. The District Captain appoints District Lieutenants and Sergeants.

**Treasurers** - According to the **ARYAN CIRCLE** constitution, each District Major appoints a treasurer who maintains records on members, dues and dissemination of funds to other members. This money is sent or smuggled to inmates in prison for other criminal enterprises. Treasurers are also responsible for overseeing and collecting monies from criminal enterprises that are sanctioned by the **ARYAN CIRCLE** and committed by **ARYAN CIRCLE** members in their District. Each District Treasurer maintains records on militia training locations and armories in each district. Armories consist of money, cars, weapons, and explosives. Each District Treasurer has the responsibility to maintain the District's funds and the dissemination thereof. These funds come from members who are obligated to send at least 10% of their income to the Treasurer for being members as well as protection while they were in prison. All other income is derived from their criminal

3

enterprises, of which the group receives a percentage. The Treasurer is also charged with the responsibility of notifying the District Majors of any noncompliance on any rule infraction. Violations are punishable by fines, severe beatings, and/or death, depending on the member's reported violation.

**Lieutenants** - No specific duties listed in the Constitution other than they serve at the direction and discretion of the District Captain.

**Sergeants** - No specific duties listed in the Constitution other than they serve at the direction and discretion of the District Captain.

**Soldiers** - According to the **ARYAN CIRCLE** constitution, Soldiers are used to carry out routine duties of the **ARYAN CIRCLE**, which may include acquisition and manufacture of weapons; production and distribution of narcotics; and money collection.

**Enforcers** - According to the **ARYAN CIRCLE** constitution, Enforcers are used to carry out punishment determined by the Center Ring/Inner Circle and assigned by District Captain.

**Prospects** - According to the **ARYAN CIRCLE** constitution, membership into the **ARYAN CIRCLE** is for life and must be understood by all Prospects. Prospects are sponsored by members and are investigated and schooled for a minimum of one year. After the one-year Prospect period has elapsed, the District ranking member can approve of the Prospect and call for a full vote of the membership in the District. There must be a unanimous vote for a Prospect to become a full member. Once this process is completed, the Prospect is issued his or her patch/number and is entitled to all benefits of an **ARYAN CIRCLE** member, to include money, drugs, weapons, and protection.

4

**Crash Dummies** - According to the **ARYAN CIRCLE** constitution, Crash Dummies individuals that the **ARYAN CIRCLE** membership has doubts about. Crash Dummies search trash dumpsters at doctors' offices and businesses to obtain patient/customer identification to include drivers license and credit card information on patients/customers. Their loyalty is tested by using them to perform menial tasks.

**Patches**: According to the **ARYAN CIRCLE** constitution, the original **ARYAN CIRCLE** patch is a small circle tattoo below the left nipple on the member's chest. Once required, the original patch is no longer required to be worn by the membership of the **ARYAN CIRCLE** and is not allowed to be worn by members within the penal system.

**1. Men** - Swastika sitting behind the circle inside a diamond-shaped box falling backwards. "AC" is inside the circle.

**2. Women** - Sword standing behind the circle with double lightning bolts in the hilt. "AC" is inside the circle. The sword stands for strength and a willingness to fight and protect the race, the organization, and the patch.

5. The **ARYAN CIRCLE'S Permian Basin District** was led by **District Captain CHARLES SAMSON, a/k/a Killer,** during the time period relative to this Indictment until his arrest on December 30, 2003. **MICHAEL CURTIS LEWIS, a/k/a Bones,** and **VICTOR WESLEY TUCKER, a/k/a Pokey,** who were **Sergeants** during the time period relative to this Indictment have assumed control since **SAMSON's** arrest. These **DEFENDANTS'** main duties were to organize, manage, and supervise **ARYAN CIRCLE'S Permian Basin District** members in collecting equipment, chemicals, and other materials to produce methamphetamine as well as ordering and participating in the production of methamphetamine. These **DEFENDANTS'** main

5

duties also included ordering and participating in the extortion, assaults and intimidation of non-**ARYAN CIRCLE** methamphetamine cooks to force them to produce methamphetamine for the **ARYAN CIRCLE'S Permian Basin District**. These **DEFENDANTS'** main duties also included ordering and participating in the distribution of methamphetamine for illegal profit and for the purpose of carrying on illegal activities such as burglaries, robberies, and methamphetamine production.

6. During the time period pertinent to this indictment, the **Sergeants** for the **ARYAN CIRCLE'S Permian Basin District** were **MICHAEL CURTIS LEWIS, a/k/a Bones, VICTOR WESLEY TUCKER, a/k/a Pokey, JOHNNY HINES, JR. and MALACHI DAVID WREN**. These **DEFENDANTS'** main duties were to organize, manage, and supervise **ARYAN CIRCLE'S Permian Basin District** members in collecting equipment, chemicals, and other materials to produce methamphetamine as well as ordering and participating in the production of methamphetamine. These **DEFENDANTS'** main duties also included supervising and participating in the extortion, assaults and intimidation of non-**ARYAN CIRCLE** methamphetamine cooks to force them to produce methamphetamine for the **ARYAN CIRCLE'S Permian Basin District**. These **DEFENDANTS'** main duties also included participating in the distribution of methamphetamine for illegal profit and for the purpose of carrying on illegal activities such as burglaries, robberies, and methamphetamine production.

7. During the time period pertinent to this indictment, the **Treasurer** for the **ARYAN CIRCLE'S Permian Basin District** was **SUSAN MARIE CREEL**. Her duties were to collect dues, control the district's finances, pay dues to the state **ARYAN CIRCLE** organization, as well as manufacture and distribute methamphetamine.

8. During the time period pertinent to this indictment, the **Enforcers** for the **ARYAN CIRCLE'S Permian Basin District** were **JERRY WAYNE BEASON, JEFFREY AUSTIN JORDAN, a/k/a Pitbull, Crazy J, and TONY BRENT WILKINS**. These **DEFENDANTS'** main duties also included supervising and participating in the extortion, assaults and intimidation of non-**ARYAN CIRCLE** methamphetamine cooks to force them to produce methamphetamine for the **ARYAN CIRCLE'S Permian Basin District**. These **DEFENDANTS'** duties also included collecting of equipment, chemicals, and other materials to produce methamphetamine as well as ordering and participating in the production of methamphetamine. These **DEFENDANTS'** also participated in the distribution of methamphetamine for illegal profit and for the purpose of carrying on illegal activities such as burglaries, robberies, and methamphetamine production

9. During the time period pertinent to this indictment, some of the **Soldiers** for the **ARYAN CIRCLE'S Permian Basin District** were **CHRISTOPHER DONALD MCELWEE, a/k/a Sundance, SHANE SAMSON a/k/a Buffy, LORI SAMSON, TIMOTHY BISHOP, a/k/a Mississippi, CALVIN GLENN BAILEY, PATRICK DANIEL CATOE, ANDREW JOHN CRISWELL, a/k/a Snyder John, LEONARD DUANE GRIFFITH, a/k/a Radar, MICHAEL NORRIS MARTIN, a/k/a Mikey, MAX EDWIN MAYS, a/k/a Westwood, CURTIS WADE PERKINS, a/k/a Hammer, KEVIN LYNN RENFRO, a/k/a Westwood, ANTHONY WADE RISTER, MICHAEL WAYNE NICHOLS, DONNIE THOMPSON, JAMES COLEMAN EATON and JERRY DON WITT, II a/k/a J-Bird a/k/a J-Bird**. Their duties included assisting in the production of methamphetamine, gathering through illegal and legal means chemicals and materials used to make methamphetamine, assaults of non-**ARYAN CIRCLE** methamphetamine

cooks, and other robberies, burglaries, and thefts to further the **ARYAN CIRCLE'S Permian Basin District's** illegal activities.

10. During the time period pertinent to this indictment, **JOHNNY WAYNE HINES, SR. and BUDDY FORD** were associates of the leadership of the **ARYAN CIRCLE'S Permian Basin District.** Both of these defendants main duties were to manufacture and distribute methamphetamine for the **ARYAN CIRCLE'S Permian Basin District.**

11. During the course of the continuing criminal enterprise, the **ARYAN CIRCLE'S Permian Basin District** manufactured, caused to be manufactured, attempted to manufacture, distributed, and possessed with intent to distribute over 33 pounds/15 kilograms or 15,000 grams of a substance or mixture containing methamphetamine. The **DEFENDANTS** derived substantial income from the manufacture and distribution of this methamphetamine.

## Continuing Criminal Enterprise

From on or about January 1, 2000, to on or about the date of this indictment, in the Western District of Texas and elsewhere, **DEFENDANTS,**

> CHARLES SAMSON, a/k/a Killer,
> MICHAEL CURTIS LEWIS, a/k/a Bones,
> VICTOR WESLEY TUCKER, a/k/a Pokey,
> CHRISTOPHER DANIEL BARRANDEY,
> JOHNNY HINES, JR.,
> MALACHI DAVID WREN,
> SUSAN MARIE CREEL,

unlawfully, wilfully, and knowingly engaged in a continuing criminal enterprise, to wit: these **DEFENDANTS** unlawfully, wilfully, and knowingly conspired to manufacture, possess with intent to distribute and distribute over 1,500 grams of methamphetamine and more than 15,000 grams of a substance or mixture containing methamphetamine, a Schedule I Controlled Substance, in

violation of Title 21, United States Code, Section 846, in which these **DEFENDANTS** were the principle administrators, organizers, and leaders of more than five (5) other persons participating in this continuing criminal enterprise, and that these **DEFENDANTS** obtained substantial income and resources from this continuing criminal enterprise.

1. From on or about January 2001 to August 2002, **CHARLES SAMSON, a/k/a Killer, CHRISTOPHER DANIEL BARRANDEY, JOHNNY HINES, JR., JEFFREY AUSTIN JORDAN, a/k/a Pitbull, a/k/a Crazy J, TONY BRENT WILKINS, SUSAN MARIE CREEL, SHANE SAMSON a/k/a Buffy, VICTOR WESLEY TUCKER, a/k/a Pokey, LEONARD DUANE GRIFFITH, a/k/a Radar, CURTIS WADE PERKINS, a/k/a Hammer, and ANTHONY WADE RISTER** had over a dozen **ARYAN CIRCLE** meetings at **CHARLES SAMSON's, a/k/a Killer's,** residence where these **DEFENDANTS** discussed and organized methamphetamine manufacturing, legal and illegal ways to get the chemicals and materials to manufacture methamphetamine, and assaults or "Smash on Sight" or "SOS's" on individuals who produced methamphetamine outside the auspices of the **ARYAN CIRCLE**. Also discussed and planned was the distribution of methamphetamine by the **DEFENDANTS** to juveniles to burglarize homes and residences in order to obtain stolen credit cards, checks, and cash for use by the **ARYAN CIRCLE**.

2. From on or about January 2001 to August 2002, **CHRISTOPHER DANIEL BARRANDEY, JOHNNY HINES, JR., LORI SAMSON, TIMOTHY BISHOP, a/k/a Mississippi, TONY BRENT WILKINS, ANDREW JOHN CRISWELL, a/k/a Snyder John, MICHAEL NORRIS MARTIN, a/k/a Mikey, BUDDY FORD, and DONNIE THOMPSON**

were the main voluntary manufacturers of methamphetamine for the **ARYAN CIRCLE** and produced as much as 1½ pound/750 grams of methamphetamine a week.

3. From on or about January 2001 to August 2002, **CHARLES SAMSON, a/k/a Killer, JOHNNY HINES, JR., JEFFREY AUSTIN JORDAN, a/k/a Pitbull, a/k/a Crazy J, SUSAN MARIE CREEL, MICHAEL NORRIS MARTIN, a/k/a Mikey, LEONARD DUANE GRIFFITH, a/k/a Radar, and ANTHONY WADE RISTER** were the main distributors of the methamphetamine for the **ARYAN CIRCLE** although all **DEFENDANTS** helped to distribute methamphetamine for the **ARYAN CIRCLE**.

4. From on or about January 2001 to August 2002, **CHARLES SAMSON, a/k/a Killer, JOHNNY HINES, JR., MALACHI DAVID WREN, JERRY WAYNE BEASON, JEFFREY AUSTIN JORDAN, a/k/a Pitbull, and JOHNNY WAYNE HINES, SR.** were responsible for assaulting numerous individuals in order to retaliate against these individuals for producing methamphetamine outside the purview of the **ARYAN CIRCLE** and to intimidate these individuals to force them to produce methamphetamine for the **ARYAN CIRCLE.**

5. On or about December 10, 2001, **ANDREW JOHN CRISWELL, a/k/a Snyder John,** manufactured and attempted to manufacture a quantity of methamphetamine for the **ARYAN CIRCLE** at the Super 8 Motel, 6713 East Highway 80, #106, Odessa, Texas.

6. On or about March 11, 2002, **JERRY DON WITT, II, a/k/a J-Bird,** attempted to manufacture methamphetamine and possessed precursors to produce methamphetamine and a 9 mm. Ruger semi-automatic handgun at 2900 block of Pleasant, Odessa, Texas.

10

7. On or about April 4, 2002, **CHRISTOPHER DONALD MCELWEE, a/k/a Sundance,** possessed chemicals with the intent to manufacture a quantity of methamphetamine for the **ARYAN CIRCLE**, at 3031 East Highway 80, #117, Odessa, Texas.

8. On or about May 13, 2002, **BUDDY FORD** manufactured and attempted to manufacture, and possessed with intent to distribute a quantity of methamphetamine at his residence at 4600 Angus Street, Odessa, Texas.

9. From on or about August 2002 through September 2003, **CHARLES SAMSON, a/k/a Killer, and TIMOTHY BISHOP, a/k/a Mississippi,** distributed methamphetamine and anhydrous ammonia to an individual to produce methamphetamine for the **ARYAN CIRCLE** and furthermore manufactured and attempted to manufacture methamphetamine at the residence of this individual.

10. On or about August 30, 2002, **JERRY WAYNE BEASON** possessed with intent to distribute a quantity of methamphetamine for the **ARYAN CIRCLE**.

11. On or about January 14, 2003, **CHARLES SAMSON, a/k/a Killer, MALACHI DAVID WREN and TIMOTHY BISHOP, a/k/a Mississippi,** possessed equipment and chemicals to manufacture methamphetamine for the **ARYAN CIRCLE** at 9834 West 23rd Street, Odessa, Texas.

12. On or about January 22, 2003, **TONY BRENT WILKINS** manufactured, attempted to manufacture, and possessed with intent to distribute a quantity of methamphetamine for the **ARYAN CIRCLE** at 109 East VFW Lane, #9, Odessa, Texas.

13. On or about February 24, 2003, **JOHNNY HINES, JR., MICHAEL WAYNE NICHOLS, and JOHNNY WAYNE HINES, SR.** manufactured and attempted to manufacture

11

a quantity of methamphetamine for the **ARYAN CIRCLE** at the 8402 West University, Odessa, Texas.

14.   On or about March 4, 2003, **JOHNNY WAYNE HINES, SR.** sold 1,000 ephedrine pills to an individual so that the individual could produce methamphetamine for distribution.

15.   On or about April 26, 2003, **CHARLES SAMSON, a/k/a Killer,** possessed drug paraphernalia with the intent to manufacture and distribute methamphetamine for the **ARYAN CIRCLE** in the 9000 block of West University, Ector County, Texas.

16.   On or about June 10, 2003, **CHARLES SAMSON, a/k/a Killer, and CALVIN GLENN BAILEY** manufactured and possessed with intent to distribute approximately ½ pound/ 224 grams of methamphetamine as well as a tank containing anhydrous ammonia for the **ARYAN CIRCLE** at 834 Avenue H, Odessa, Texas.

17.   On or about June 16, 2003, **TIMOTHY BISHOP, a/k/a Mississippi, and PATRICK DANIEL CATOE,** manufactured and possessed with intent to distribute a quantity of methamphetamine as well as a tank containing anhydrous ammonia for the **ARYAN CIRCLE** at 3071 East Highway 80, #517, Odessa, Texas, after forcing Jerry Dean Perkins to manufacture methamphetamine for the **ARYAN CIRCLE.**

18.   On or about August 4, 2003, **CHARLES SAMSON, a/k/a Killer, and JOHNNY WAYNE HINES, SR.** conducted a "Smash on Sight" or "SOS" on Jerry Dean Perkins, that is to say that these **DEFENDANTS** assaulted Perkins at Perkins' residence at 8500 Bill Street, Odessa, Texas, because of disputes involving the manufacture of methamphetamine for the **ARYAN CIRCLE.**

19. On or about August 14, 2003, **JAMES COLEMAN EATON** attempted to manufacture methamphetamine and possessed precursors to produce methamphetamine for the **ARYAN CIRCLE**, at 4600 Oakwood, #43, Odessa, Texas.

20. On or about September 19, 2003, **MAX EDWIN MAYS, a/k/a Westwood,** possessed methamphetamine with the intent to distribute for the **ARYAN CIRCLE** in the 3600 block of North Adams Street, Odessa, Texas.

21. On or about September 26, 2003, **SUSAN MARIE CREEL and ANTHONY WADE RISTER** manufactured and attempted to manufacture a quantity of methamphetamine for the **ARYAN CIRCLE**, at 11010 West Chapparal, Odessa, Texas.

22. On or about October 2003, **JOHNNY WAYNE HINES, SR.** approached an individual to do a 5,000 ephedrine pill methamphetamine manufacture for the **ARYAN CIRCLE** and when the individual refused, **JOHNNY WAYNE HINES, SR.** and others assaulted the individual.

23. On or about December 3, 2003, **JEFFREY AUSTIN JORDAN, a/k/a Pitbull, Crazy J,** attempted to manufacture methamphetamine and possessed precursors for methamphetamine production with intent to produce methamphetamine in Odessa, Texas.

24. On or about December 30, 2003, **CHARLES SAMSON, a/k/a Killer,** possessed with intent to distribute more than five (5) grams of methamphetamine in Odessa, Texas.

25. On or about January 7, 2004, **JOHNNY WAYNE HINES, SR.** possessed precursors, such as lithium batteries, for the production of methamphetamine at 2505 East 2nd Street, Odessa, Texas.

26. On or about January 15, 2004, **VICTOR WESLEY TUCKER, a/k/a Pokey**, possessed with intent to distribute more than 50 grams of a mixture or substance containing methamphetamine for the purpose of distributing it.

27. On or about January 30, 2004, **MICHAEL CURTIS LEWIS, a/k/a Bones, TONY BRENT WILKINS, SUSAN MARIE CREEL, VICTOR WESLEY TUCKER, a/k/a Pokey, ANTHONY WADE RISTER,** possessed ephedrine and anhydrous ammonia to manufacture methamphetamine as well a fully loaded SKS assault rifle.

28. On or about February 3, 2004, **TONY BRENT WILKINS** possessed with intent to distribute a quantity of methamphetamine and over 800 pseudoephedrine pills with intent to manufacture methamphetamine.

29. On or about February 4, 2004, **MICHAEL CURTIS LEWIS, a/k/a Bones, TONY BRENT WILKINS, and VICTOR WESLEY TUCKER, a/k/a Pokey,** along with others, possessed a large quantity of ephedrine in order to manufacture methamphetamine on South Cotton Flat Road, Midland, Texas.

30. On or about February 23, 2004, **VICTOR WESLEY TUCKER, a/k/a Pokey, PATRICK DANIEL CATOE**, and a juvenile, possessed chemicals and precursors with the intent produce methamphetamine.

31. On or about March 9, 2004, **TONY BRENT WILKINS and ANTHONY WADE RISTER,** along with others, manufactured and possessed with intent to distribute 80 grams or more of a substance or mixture containing methamphetamine.

All in violation of Title 21, United States Code, Section 848.

## COUNT TWO
## [21 USC § 846]

The Introduction and Paragraphs 1 through 31 of Count One are hereby incorporated by reference as if fully set forth.

From on or about January 1, 2000, to on or about the date of this indictment, in the Western District of Texas and elsewhere, **DEFENDANTS**

CHARLES SAMSON, a/k/a Killer,
MICHAEL CURTIS LEWIS, a/k/a Bones,
VICTOR WESLEY TUCKER, a/k/a Pokey,
CHRISTOPHER DANIEL BARRANDEY,
JOHNNY HINES, JR.,
MALACHI DAVID WREN,
SUSAN MARIE CREEL,
JERRY WAYNE BEASON,
JEFFREY AUSTIN JORDAN, a/k/a Pitbull,Crazy J,
CHRISTOPHER DONALD MCELWEE, a/k/a Sundance,
TONY BRENT WILKINS,
SHANE SAMSON a/k/a Buffy,
LORI SAMSON,
JOHNNY WAYNE HINES, SR. ,
TIMOTHY BISHOP, a/k/a Mississippi,
CALVIN GLENN BAILEY,
PATRICK DANIEL CATOE,
ANDREW JOHN CRISWELL, a/k/a Snyder John,
LEONARD DUANE GRIFFITH, a/k/a Radar,
MICHAEL NORRIS MARTIN, a/k/a Mikey,
MAX EDWIN MAYS, a/k/a Mad Max,
CURTIS WADE PERKINS, a/k/a Hammer,
KEVIN LYNN RENFRO, a/k/a Westwood,
ANTHONY WADE RISTER,
BUDDY FORD,
MICHAEL WAYNE NICHOLS,
DONNIE THOMPSON,
JAMES COLEMAN EATON,
JERRY DON WITT, II a/k/a J-Bird,

15

did combine, conspire, confederate and agree with each other, and others known and unknown to the grand jury to manufacture, distribute and possess with intent to distribute controlled substances, to wit: methamphetamine in excess of 50 grams and more than 500 grams of a substance or mixture containing methamphetamine, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Section 841(a).

In violation of Title 21, United States Code, Sections 846 and 841(a).

## COUNT THREE
## [18 U.S.C. 924(c)]

The Introduction and Paragraphs 1 through 31 of Count One are hereby incorporated by reference as if fully set forth.

On or about March 11, 2002, in the Western District of Texas, the **DEFENDANT**,

**JERRY DON WITT, II., a/k/a J-Bird,**

carried and possessed a 9 mm. Ruger semi-automatic handgun at 2900 block of Pleasant, Odessa, Texas, while he was attempting to manufacture methamphetamine and possessed precursors to produce methamphetamine.

In violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR
## [18 U.S.C. 924(c)]

The Introduction and Paragraphs 1 through 31 of Count One are hereby incorporated by reference as if fully set forth.

On or about January 30, 2004, in the Western District of Texas, the **DEFENDANT**,

**ANTHONY WADE RISTER,**

carried and possessed a SKS assault rifle while he was attempting to manufacture methamphetamine and possessed precursors to produce methamphetamine.

In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
United States Attorney

By: _____
MARK T. ROOMBERG
Assistant United States Attorney

_____
GLENN ROQUE-JACKSON
Assistant United States Attorney

17