# FILED

JUL 3 1 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| MO-04-CR-086 (05) |
| DOCKET NUMBER *(Rec. Court)* |
| 6:13CR00061-001 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District of Texas | Midland/Odessa |
| Johnny Hines Jr. | NAME OF SENTENCING JUDGE | |
| | The Honorable Robert Junell, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/24/2013 | TO 06/23/2023 |

| OFFENSE |
|---|
| Continuing Criminal Enterprise in violation of 21 U.S.C. § 848 |

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Texas___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Eastern District of Texas - Tyler Division___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-9-13
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.*

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Texas - Tyler Division___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/22/13
*Effective Date*

_____
*United States District Judge*