| | |
|---|---|
| DATE: | 1/16/2020 |
| LOCATION: | Tyler TX |
| JUDGE: | K. Nicole Mitchell |
| DEP.CLERK: | Lisa Hardwick |
| RPTR/ECRO: | Lisa Hardwick |
| USPO: | Alan Elmore |
| INTERPRETER: | -------------------------- |
| START TIME: | 3:00 p.m. |
| END TIME: | 3:08 p.m. |

CASE NUMBER 6:13-CR-00061-RWS

**UNITED STATES OF AMERICA**
**V.**
**JOHNNY HINES JR.**

**JIM NOBLE**      **KEN HAWK**

☐ INTERPRETER FLAG

## INITIAL APPEARANCE ON PETITION OF SUPERVISED RELEASE

| | | | |
|---|---|---|---|
| ☒ | Initial Appearance on Petition called | ☒ | Initial Appearance on Petition held |
| ☒ | Dft appears with counsel | ☐ | Dft appears without counsel |
| ☒ | Date of Arrest: 1/15/20 | ☒ | Dft advised of right to counsel |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to remain silent |
| ☒ | Dft advised of maximum penalties | ☒ | Court finds Dft eligible and appoints: AFPD Ken Hawk |
| ☒ | Dft request appointed counsel, is sworn & examined re: financial status | ☒ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☒ | Gvt Oral Motion for Detention | ☐ | Bond set: |
| ☐ | Order of Conditions of Release | ☐ | Waiver of Preliminary Hearing |
| ☐ | Waiver of Detention | ☒ | Detention Hearing set for: 1/28/2020 at 10:00 a.m. |
| ☒ | Order of Temporary Detention | ☒ | Preliminary Hearing set for: 1/28/2020 at 10:00 a.m. |
| ☐ | Order of Detention | ☐ | Order Probable Cause has been established |
| ☐ | Consent to Revocation of Supervised Release and Waiver of Right to be Present and Speak | ☐ | Revocation Hearing set for: |
| ☒ | Dft remanded to the custody of the US Marshal | | |