IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:13-CR-61 |
| | § | |
| JOHNNY HINES, JR. | § | |

## GOVERNMENT'S NOTICE OF CHANGE OF ATTORNEY

The United States hereby designates the following Assistant United States Attorney as lead counsel in this case, and respectfully requests that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

> James Mack Noble, IV
> Assistant United States Attorney
> Texas Bar No. 15050100
> 110 N. College, Suite 700
> Tyler, TX 75702
> (903)-590-1400
> Fax: (903)-590-1436
> Email: James.Noble@usdoj.gov

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
JIM NOBLE
Assistant United States Attorney
Texas Bar No. 15050100
110 N. College, Suite 700
Tyler, TX 75702
(903)-590-1400
Fax: (903)-590-1436
Email: James.Noble@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Attorney Appearance has been served on counsel of record for defendant via the court's CM/ECF system on this the 27th day of January, 2020.

*/s/ Jim Noble*
JIM NOBLE

**Notice of Change of Attorney - Page 2**