|  |  |
|---|---|
| DATE: | 1/28/2020 |
| LOCATION: | Tyler |
| JUDGE: | K. NICOLE MITCHELL |
| DEP. CLERK: | Lisa Hardwick |
| RPTR/ECRO: | Lisa Hardwick |
| USPO: | Laura Palafox |
| INTERPRETER: | ----------------------------- |
| TIME START: | 10:16 a.m. |
| TIME END: | 10:18 a.m. |

**CASE NUMBER:** 6:13-CR-00061-RWS

| **USA** | **VS.** | **Johnny Hines** |
|---|---|---|
| Jim Noble | | Ken Hawk |

## PRELIMINARY REVOCATION HEARING  / DETENTION HEARING

| x | Preliminary / Detention Hearing called | x | Preliminary / Detention Hearing held |
|---|---|---|---|
| x | Defendant appears with counsel | x | Govt continued motion for detention |
| x | Deft waived hearing on detention | x | Deft waived hearing on preliminary examination |
| x | Waiver of detention | x | Waiver of preliminary hearing |
| x | Order of detention | x | Order of probable cause |
| x | Deft remanded to the custody of the U.S. Marshal | x | Revocation Hearing held  **INSTANTER** |