IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | CASE NUMBER 6:13-CR-00061-RWS |
| v. | | |
| JOHNNY HINES, JR. | | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5. or to a preliminary hearing under Fed. R. Crim. P.32.1. I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5. or Fed. R. Crim. P.32.1.

Date: January 28 2020

_____
Defendant's signature

_____
Signature of Defendant's Attorney