IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | CASE NUMBER 6:13-CR-00061-RWS |
| v. | | |
| JOHNNY HINES, JR. | | |

## WAIVER OF DETENTION HEARING

I, Johnny Hines, Jr., charged in a(n) Petition for Violation of Supervised Release pending in this District, and having appeared before the court and been advised of my rights as required by Title 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

Date: January 28, 2020

_____
Defendant

_____
Counsel for Defendant