IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | CASE NUMBER 6:13-CR-00061-RWS |
| v. | | |
| JOHNNY HINES, JR. | | |

## ORDER

Comes now the Court and finds that probable cause has been established in the above captioned criminal action and Defendant, JOHNNY HINES JR., is held over for a final revocation hearing.

So **ORDERED** and **SIGNED** this 28 day of January 2020.

K. Nicole Mitchell, U.S. Magistrate Judge