| | |
|---|---|
| DATE: | 1/28/2020 |
| LOCATION: | Tyler, TX |
| JUDGE: | K. Nicole Mitchell |
| DEP.CLERK: | Lisa Hardwick |
| RPTR/ECRO: | Lisa Hardwick |
| USPO: | Laura Palafox |
| INTERPRETER: | --------------------------- |
| START TIME: | 10:18 a.m. |
| END TIME: | 10:28 a.m. |

**CASE NUMBER:  6:13-CR-00061-RWS**

**UNITED STATES OF AMERICA**
**V.**
**JOHNNY HINES**

| JIM NOBLE | KEN HAWK |
|---|---|

## REVOCATION OF SUPERVISED RELEASE

| | |
|---|---|
| ☒ | Supervised Release revocation hearing held. |
| ☐ | Dft placed under oath. |
| ☒ | Dft enters plea of True to allegation(s):  3 |
| ☒ | Court accepts plea of True. |
| ☒ | Signed consent. |
| ☒ | Court finds dft has violated terms of supervision. |
| ☒ | Supervised Release revoked. |
| ☒ | Time to serve:  18 months in the custody of BOP, with no term of supervision to follow.<br>Dft request to serve:  FCI Seagoville, or in the alternative FCI Texarkana, if eligible. |
| ☒ | Dft & Counsel sign Consent to Revocation of Supervised Release and Waiver of Right to be Present and Speak at Sentencing. |
| ☒ | Dft remanded to custody of US Marshal. |