IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 6:13-CR-00061-RWS § |
| v. | § § |
| JOHNNY HINES, JR. | § § § |

**CONSENT TO REVOCATION OF SUPERVISED RELEASE
AND WAIVER OF RIGHT TO BE PRESENT AND SPEAK AT SENTENCING
AND TO OBJECT TO THE FINIDNINGS OF THE MAGISTRATE JUDGE**

**I**, Johnny Hines, Jr., charged in a petition with violation of terms of supervised release, have appeared and been advised by the Court of my rights under Rules 32.1 and 46(d), FED. R. CRIM. P.

On this date, the United States Magistrate Judge conducted a hearing to modify, revoke, or terminate supervised release. Legal counsel assisted me in the proceeding.

The Magistrate Judge will submit to the sentencing District Judge a written report containing (1) a proposed finding I violated terms of supervised release, and (2) recommendations that the Court revoke supervised release and sentence me to an additional term of imprisonment of _18 months followed by no further supervised release._

In open court, the Magistrate Judge informed me that I may object and thereby secure the District Judge's review of the proposed findings of fact and recommendation for disposition. The Magistrate Judge also advised that I have the right to be present with counsel to speak in my own behalf, and to have counsel speak on my behalf before any additional sentence is imposed.

I HEREBY:
1. Waive (give up) my right to object to the proposed findings and recommendations of the magistrate judge;
2. Consent (agree) to revocation of my supervised release;
3. Consent (agree) to imposition of the above sentence, including all conditions of supervised release recommended by the Magistrate judge; and
4. Waive (give up) my right to be present and speak, and my right to have counsel present and speak, before the District Judge imposes the recommended sentence;

Date: _January 28, 2020_

_____
Defendant

_____
Defendant's Attorney