CLERK, U.S. DISTRICT COURT
RECEIVED
APR 3 0 2020
EASTERN DIST. OF TEXAS

To Your Honor

4-26-2

My Name is Johny Hines And I am Currently Incarcerated At F.C.I Williamsburg. I Know nothing About Case law And Both My Spelling And handwriting Could use Some Work So I Hope You Will Forgive Me For That. On Jan 30th This Year I Was Sentenced To 18 month Probation Violation As it Stands Now I Have About 11 months left with My Good Time I Was Originally Released Dec 26 2012 And Completed Both Halfway House And Home Confinement. With No Issues. I Found A Job In The Oilfield At Maverick Well Service In Kilgore Tx And Had That Job Up until This Violation In 2017 I Was Engaged And it Ended With The lady losing both Our Kid And Her Kid To CPS. It took Me 12 months of Classes Drug test And Hair Folicals but I Ended Up with Custody of Both Girls Which I still Have To This Day. I Will Not lie And Say I Did not Have A few Bumps In The Road There Was Two Dirty Drug Test Which I Was Put On A Hot line And Recieved Classes To Take. I completed Both of Them And Was Eventually Put Back On Regular status. On Sept 1st 2019 I Was Pulled Over In A Car I Had Just Bought About A Mile From My House For not Having A Back licence Plate. I Gave Permission For The officer To Search Both Me And The Car Upon Searching The Car He Says He finds A bag with Some Kind of Substance. Keeps saying its Herion which I Have Never Been Exposed To or Even Around Herion I Was Arrested And Charged With Poss over 4 under 200 grams For what Ever Reason And Again I Know Nothing About law but The Substance Was niether weighed nor tested That night. I Was told it Was Being sent off To Be Tested

I hired Murphy and Baker Law firm. On April 1st this year I recieved a letter saying all charges had been dismissed. During my violation period I had asked my lawyer if possible could I get home confinement two or more federal probation. I believe I was looking at 6-8 months or 7-12 months, but with that charge was given an upward departure and 18 months. With this corona virus going around I am now worried about my mom who is in her 60's and had heart surgery in Feb, her and my uncle who is 70 a retired vet live in Tyler and are taking care of my two kids. Some of the staff here (case mngs) are telling us if we are back on violations under a year have medical issues etc to write compassion letter to the bop. So I am writing you and asking is there any possible way that my time would change now that the charge was dismissed or atleast that upward departure be removed. I lived at the same address with the same phone number on two acres of land where my mom and uncle both live. I could if given the chance do home confinement there with no issues wearing an ankle braclet if need be. Again your honor I know nothing about law and again I did make some ignorant choices, but from 2012 to 2020 I kept the same job filed taxes every year and showed I had changed alot from the guy who went to prison in 2004. Your honor I'm not sure if asking or begging would be a better word but if theres anyway you can help me I would appreciate it. Thank you for taking the time to read this letter. May god watch over us all during this time

Name: _Johny Hines_
Register Number: _27439-180_
FCI Williamsburg
Inmate Mail
P. O. Box 340
Salters, SC 29590



COLUMBIA SC 290

27 APR 2020   PM 4 L

U.S. District Judge Robert W. Schroeder, III
William M Steger Federal Building And Court House
211 West Ferguson St   Room 106
Tyler Tx
75702

LEGAL MAIL

75702-722099